Mildred E. AKINS, Respondent,

v.

Marian PRIESS, Appellant.

No. ED 102071

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

FILED: July 21, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 10, 2015

Thad Brady, 2480 East Main Street, Jackson, MO 63755, for Appellant

Terry R. Rottler, 296 Market Street, PO Box 506, Ste. Genevieve, MO 63670, for Respondent

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM

Marian Priess ("Appellant") appeals from the trial court's judgment following a bench trial granting an injunction enjoining Appellant from obstructing, impeding, or interfering with a thirteen-and-one-half-feet roadway easement and granting judgment in favor of Mildred Akins ("Respondent") against Appellant in the amount of $4,980 for removal of rock outcroppings and trees. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).